**Electronically Filed
Supreme Court
SCWC-17-0000521
21-MAY-2019
08:00 AM**

SCWC-17-0000521

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Petitioner/Plaintiff-Appellee,

vs.

JENNIFER J. PREZA,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000521; CASE NO. 1DTC-16-015490)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee State of Hawai'i's

application for writ of certiorari filed on April 3, 2019, is

hereby rejected.

DATED:  Honolulu, Hawai'i, May 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

